# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ANIL KUMAR (1),<br>RUPINDER SINGH (2),<br>HARJINDER SINGH (3),<br><br>　　　　　Defendant. | CASE NO. 18CR3396-BEN<br><br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_ the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Information:

TITLE 8 U.S.C. §1325(MISDEMEANOR).

---

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JULY 30, 2018

Hon. Roger T. Benitez
U.S. District Judge